1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JULIANN KING, | ) | Case No.: 11-CV-02167-PSG[1] |
|---|---|---|
| Plaintiff, | ) | ORDER SEEKING ADDITIONAL INFORMATION RE: MOTION TO RELATE CASE NUMBER 11-CV-02167-PSG TO *IN RE IPHONE APPLICATION LITIG.* |
| v. | ) | |
| GOOGLE, INC., et al., | ) | |
| Defendants. | ) | |

16  On May 11, 2011, Defendant Flurry, Inc. filed a motion to relate *King v. Google, et al.*, 11-
17  CV-02167-PSG to *In Re iPhone Application Litigation*, 10-CV-05878. *See* Dkt. #80.  From the
18  Court's review, it appears that there are overlapping causes of action and certain overlapping
19  Defendants, but there are also critical differences in the cases.  For example, the *King* action
20  centers on devices that run Google's Android operating system, devices not currently involved in
21  the *In Re iPhone Application Litigation*.  Prior to ruling upon the motion to relate, however, the
22  Court seeks additional information from the parties.  Specifically, the Court requests that, at the
23  May 25, 2011 hearing and case management conference in connection with the *In Re iPhone*
24  *Application Litigation*, counsel for the parties be prepared to discuss:
25   1)  if the cases are related, whether the parties will seek to consolidate the cases;
26   2)  Plaintiffs' and Apple's position on whether the cases should be related;

---

[1] Although this matter is assigned to the Honorable Paul S. Grewal, the motion to relate came to the undersigned's attention as the Judge in the earliest-filed case. *See* Civ. L.R. 3-12(b).

1

Case No.: 11-CV-02167-PSG
ORDER RE: MOTION TO RELATE

United States District Court
For the Northern District of California

3) the overlap, if any, of the alleged class members;

4) how the applications work on the different operating systems, and if the applications work differently on each operating system;

5) whether different licenses and disclosures are involved with respect to the different devices and operating systems;

6) whether Plaintiffs are aware of, or anticipate, any other cases against other devices or operating systems;

7) if the cases are not related, whether the parties will still seek a coordinated approach to ADR and a global resolution of all the actions.

**IT IS SO ORDERED.**

Dated: May 20, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-02167-PSG
ORDER RE: MOTION TO RELATE