Scott A. Kamber
skamber@kamberlaw.com
David A. Stampley
dstampley@kamberlaw.com
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone:  (212) 920-3072
Facsimile:   (212) 920-3081

Azita Moradmand (SBN 260271)
amoradmand@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile:  (818) 501-7852

Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JULIANN KING,<br><br>                    Plaintiffs,<br><br>        v.<br><br>GOOGLE, INC., et al.,<br><br>                    Defendants. | Case No. C 11-02167 JSW<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS FLURRY, INC. AND MOBCLIX, INC., PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and no answers to the complaint or motions for summary judgment having been filed in this matter by Defendants Flurry, Inc. or Mobclix, Inc., Plaintiff Juliann King, by and through her counsel of record, hereby gives notice that she voluntarily and without prejudice dismisses Defendants Flurry, Inc. and Mobclix, Inc. from the above-captioned action.

Dated: July 26, 2011
Respectfully submitted,

PARISI & HAVENS LLP

By: s/ Azita Moradmand
Azita Moradmand (SBN 260271)
amoradmand @parisihavens.com
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile:  (818) 501-7852

Scott A. Kamber
skamber@kamberlaw.com
dstampley@kamberlaw.com
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone: (212) 920-3072
Facsimile:  (212) 202-6364

David A. Stampley
skamber@kamberlaw.com
dstampley@kamberlaw.com
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone: (212) 920-3072
Facsimile:  (212) 202-6364
Facsimile:  (310) 400-1056

Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile:  (818) 501-7852

Counsel for Plaintiff