1  William M. Audet (CA State Bar #117456)
   waudet@audetlaw.com
2  Jonas P. Mann (CA State Bar #263314)
   jmann@audetlaw.com
3  Mariana S. Cole (CA State Bar #269939)
   mcole@audetlaw.com
4  AUDET & PARTNERS, LLP
   221 Main Street, Suite 1460
5  San Francisco CA 94105
   Telephone: 415.568-2555
6  Facsimile: 415.568.2556

7  *Attorneys for Plaintiffs*
   *[and the Proposed Class]*
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

| | |
|---|---|
| BEVERLY LEVINE, PHILLIP HALL, ERIN HILLMAN, THEODORE SPRADLEY; individuals, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., a Delaware Corporation; <br><br> Defendant. | No. C 11-02157- JSW <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> No. C 11-02157- JSW |
| JULIANN KING, individually and on behalf of a class of similarly situated individuals, <br><br> v.    Plaintiff, v. <br><br> GOOGLE INC., <br><br> Defendants. | No. 11-cv-02167-JSW |

1
STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| MARITSA URIAS and STAN HINES, on behalf of themselves and all others similarly situated,<br>　　　　　　Plaintiffs,<br>v.<br>GOOGLE INC.,<br>　　　　　　Defendant. | No. 11-cv-02230-JSW |
| TRACEY LIPTON, individually and on behalf of all others similarly situated,<br>　　　　　　Plaintiff,<br>v.<br>GOOGLE INC.,<br>　　　　　　Defendant. | No. 11-cv-02427-JSW |

Plaintiffs propose continuing the currently calendared case management conference in this action from August 12, 2011 to September 23, 2011. The Judicial Panel on Multi-District Litigation ("JPML") has not yet ruled on Google's Motion to Transfer, although the motion was heard on July 28, 2011. The parties agree that it may be more efficient to allow the JPML additional time to rule on Google's Motion to Transfer before conducting a case management conference. Additional time would also allow the parties to address matters related to the JPML's ruling and the establishment of an MDL prior to the case management conference.

SO STIPULATED.

AUDET & PARTNERS, LLP

/s/ William M. Audet
William M. Audet
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

2
STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | WAudet@audetlaw.com |
| 2 | Robert Shelquist |
| 3 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. 100 Washington Avenue South, Suite 2200 |
| 4 | Minneapolis, Minnesota 55401 Telephone: 612. 339.6900 |
| 5 | rkshelquist@locklaw.com |
| 6 | Joseph H. Malley LAW OFFICE OF JOSEPH H. MALLEY |
| 7 | 1045 North Zang Blvd Dallas, TX 75208 |
| 8 | Telephone: 214.943.6100 malleylaw@gmail.com |
| 9 | *Attorneys for Plaintiffs with Complaint filed in the State of California* |
| 10 | |
| 11 | Scott A. Kamber (not admitted) KAMBERLAW, LLC |
| 12 | 100 Wall Street, 23rd Floor New York, New York 10005 |
| 13 | Telephone: 212.920.3072 Facsimile: 212.202.6364 |
| 14 | skamber@kamberlaw.com |
| 15 | David C. Parisi PARISI & HAVENS LLP |
| 16 | 15233 Valleyheart Drive Sherman Oaks, California 91403 |
| 17 | Telephone: 818.990.1299 Facsimile: 818.501.7852 |
| 18 | dcparisi@parisihavens.com |
| 19 | *Attorneys for Plaintiff Juliann King* Case no. 11 cv 02167 PSG |
| 20 | |
| 21 | Salim Khawaja, Esq. LAW OFFICES OF SALIM KHAWAJA, APC |
| 22 | 1010 Second Avenue, Suite 1750 San Diego, CA 92101 |
| 23 | Telephone: 619.685.5300 Facsimile: 619.685.5344 |
| 24 | salim@salimlaw.com |
| 25 | |
| 26 | Jeremy R. Wilson WILSON TROSCLAIR & LOVINS, P.L.L.C. |
| 27 | 302 N. Market Street, Suite 510 Dal1as, Texas 75202 |
| 28 | Telephone: 214.484.1930 Facsimile: 214.276.1475 |

3
STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE

jeremy@wltfirm.com

Majed Nachawati
FEARS NACHWATI LAW FIRM
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Telephone: 214.890.0711
Facsimile: 214.890.0712
mn@fnlawfirm.com

*Attorneys for Plaintiffs Martisa Urias and Stan Hines*
Case no. 11-cv-02230-JF

Howard Rubinstein
Richard A. Proaps
THE LAW OFFICES OF HOWARD W. RUBINSTEIN
8150 Greenback Lane, Bldg. 200
Fair Oaks, CA 95628
Telephone: 916.722.1665
Facsimile: 916.722.4881
rproaps@aol.com

Joseph R. Whatley, Jr.
WHATLEY, DRAKE & KALLAS
1540 Broadway
37th Floor
New York, NY 10036
Telephone: 212.447.7070
Facsimile: 212.447.7077
jwhatley@wdklaw.com

*Attorneys for Plaintiff Tracey Lipton*
Case no. 11-cv-02427-HRL

WILSON SONSINI GOODRICH & ROSATI

    */s/ Michael H. Rubin*
MICHAEL H. RUBIN
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
mrubin@wsgr.com

*Attorneys for Defendant, Google Inc.*

1 **[PROPOSED] ORDER**

2     Based on the foregoing stipulation of the parties, it is the ORDER of this Court that the
3 Case Management Conference scheduled for August 12, 2011 at 1:30 p.m. in Courtroom 11, 19th
4 Floor, of the above-captioned Court, is hereby continued to September 23, 2011 at 1:30 p.m.
5     IT IS SO ORDERED.

6

7 Dated: August 5, 2011              *Jeffrey S. White*
                                          Honorable Jeffrey White